IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIM DEANGELO ROBINSON,<br><br>Defendant. | Case No. 19-00382-01-CR-W-BP |

GOVERNMENT'S LIST OF EXHIBITS

Comes now the United States of America and files the attached list of exhibits which the Government may offer at the sentencing hearing in this matter.

Respectfully submitted,

Timothy A. Garrison
United States Attorney

By *<ins>/s/William A. Alford III</ins>*

William A. Alford III
Assistant United States Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, Missouri 64106
Telephone: (816) 426-3122

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was delivered on July 30, 2020 to the Electronic Filing System (CM/ECF) of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*<ins>/s/William A. Alford III</ins>*
William A. Alford III
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIM DEANGELO ROBINSON,<br><br>Defendant. | Case No. 19-00382-01-CR-W-BP |

## E X H I B I T S

| | | |
|---|---|---|
| ˘ | = | Offered & admitted without objection. |
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Video of Physical Altercation at Bates County Jail, dated 12/04/2019 |
| 2 | | | | FBI 302 Report Summarizing Interview of Cooperating Defendant, dated 05/20/2020 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

______________________________

I certify that I have this date ___________________ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

__________________________________________________
PRINTED NAME

__________________________________________________
SIGNATURE